UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15CV5861

*Greenport Yacht & Shipbuilding Co, Inc*
*Box 750, Greenport NY 11944*
*14 CR 550 (PKC)*

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)
*Physical Address: 201 Carpenter Street* ___ Civ. _____ ( )( )

- against -

**MOTION**

*Documented Vessel "Deep Quest"*
*Official Number  1186886*
*And owner John Ro*

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**PLEASE TAKE NOTICE** that upon the annexed affirmation of *Stephen L. Clarke*

(name)

affirmed on *July 13* ___, 20*15*, and upon the exhibits attached thereto *(delete if no*

(date)

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, (plaintiff/)defendant will move this Court, before

(circle one)

_____, United States District/Magistrate Judge, for an order

(Judge's name)                                    (circle one)

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*

*Judge to order)*: *GRANT PAYMENT FOR WORK ON DOCUMENTED*
*VESSEL; WORK INCLUDES LABOR TO PAINT, WELD, STORE,*
*AND PROVIDE MATERIALS TO ACCOMPLISH THE WORK*
*DESCRIBED IN THE ATTACHED INVOICES*

**I declare under penalty of perjury that the foregoing is true and correct.** *OWNER OF*

Dated: *Greenport*, *NY*            Signature *Stephen L. Clark — Greenport*
         (city)        (state)                              *Yacht & Ship*

*July  13*, 20*15*     Address *Box 750*
  (month) (day) (year)   *Greenport NY 11944*
                         Telephone Number *631-477-2277*
                         Fax Number *(if you have one)* *631-477-2278*

RECEIVED
JUL 16 2015
PRO SE OFFICE

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Greenport Yacht & Shipbuilding Co, Inc
Box 750, Greenport NY 11944

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*
Physical Address: 201 Carpenter Street   Civ. _____ ( ) ( )

- against -

**AFFIRMATION IN
SUPPORT OF MOTION**

Documented Vessel "Deep Quest"

Official Number 1186886

And owner John Re.

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Owner of Greenport Yacht & Shipbuilding Co, Inc

I, Stephen L. Clark affirm under penalty of perjury that:
*(name)*

1.    I, Stephen L. Clark am the ~~plaintiff~~/defendant in the above entitled action,
      *(name)*                              *(circle one)*

and respectfully move this Court to issue an order Granting Payment For Work On
                                                  *(state what you want the Judge to order)* Documented Vessel

2.    The reason why I am entitled to the relief I seek is the following *(state all your reasons*

*using additional paragraphs and sheets of paper as necessary)*: This Corporation has made
Repairs to "Deep Quest" consisting of labor to paint,
weld, store, and provide materials to accomplish
the work described in attached invoices

**WHEREFORE,** I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Greenport , NY
       *(city)*        *(state)*
       July  13 , 20 15
       *(month)* *(day)* *(year)*

Signature  Stephen L. Clark
Address  Box 750
Greenport NY 11944
Telephone Number 631. 477. 2277
Fax Number *(if you have one)* 631. 477. 2278

*Rev. 05/2007*

**GREENPORT YACHT & SHIPBUILDING CO., INC.**

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY      11937

**INVOICE**  *1810*      10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| 9.10.2014 | | | |
| remove and haul jet ski float and place in storage; power wash clean | | | |
| total LABOR hours for this day | 2 | 65.00 | 130.00 |
| haul boat for 2014-2015 outside storage @ $30.00/ft LOA | 41 | 30.00 | 1,230.00 |
| power wash boat @ $1.00/ft LOA | 41 | 1.00 | 41.00 |
| Sales Tax | | 8.625% | 120.84 |

*Total Due (this invoice)*      **$1,521.84**

GREENPORT YACHT & SHIPBUILDING CO., INC.
P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY       11937

**INVOICE**  *1809*        10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| 6.28.2013 | | | |
| move boat to travelift | | | |
| haul boat - charged direct labor; no separate haul charge | | | |
| power wash bottom; shift slings and clean under slings | | | |
| set boat on keel blocks | | | |
| grind clean where rusted and prime bare steel | | | |
| cut in waterline and paint bottom | | | |
| remove and replace zincs | | | |
| total LABOR hours for this day | 14 | 65.00 | 910.00 |
| 2013  MATERIALS (see attached sheet) | | 1,068.38 | 1,068.38 |
| Sales Tax | | .8.625% | 170.64 |

*Total Due (this invoice)*        **$2,149.02**

GREENPORT YACHT & SHIPBUILDING COMPANY, INC.
Materials list for boat   USS DEEP QUEST

| DATE | NUMBER | DESCRIPTION | QUANTITY SOLD | UM | PRICE | SUBTOTAL |
|------|--------|-------------|---------------|----|-------|----------|
| 06.28.13 | 1DEV235BK | DEVOE 235 BAR RUST BLACK | 0.50 | GL | 53.00 | 26.50 |
| | 1DEV00302 | DEVOE 302 CATHACOAT GREEN ZINC PRIMER | 0.50 | GL | 84.00 | 42.00 |
| | 1XROLLER6 | 6.5 INCH LONG NAP MINI PAINT ROLLER | 4.00 | EA | 4.50 | 18.00 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 4.00 | PR | 1.42 | 5.68 |
| | 1XTAPE001 | MASKING TAPE 1 INCH | 2.00 | EA | 9.00 | 18.00 |
| | 1XLINER00 | PLASTIC PAINT TRAY LINER | 2.00 | EA | 1.80 | 3.60 |
| | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 1.00 | EA | 4.00 | 4.00 |
| | 1DEV00214 | DEVOE 214 ANTIFOULING BLACK | 2.00 | GL | 114.00 | 228.00 |
| | 1XCOVER01 | EXTRA LARGE COVERALLS | 1.00 | EA | 14.70 | 14.70 |
| | 9ZINW6000 | ZINC SMALL bolt-on 3" x 12" | 16.00 | EA | 36.00 | 576.00 |
| | 9ZINWLD00 | ZINC LARGE bolt-on 6" x 12" | 1.00 | EA | 71.00 | 71.00 |
| | 9ZINRU005 | ZINC RUDDER 5" (R4) | 2.00 | EA | 30.45 | 60.90 |
| 07.02.13 | 1DEV229BK | DEVOE 229 ACRYLIC EPOXY BLACK | 2.00 | GL | 63.00 | 126.00 |
| 07.15.13 | SHIPYARD | ((CREDIT)) 2 GAL #229 BLACK | 1.00 | EA | -126.00 | -126.00 |

TOTAL MATERIALS   $ 1068.38

# GREENPORT YACHT & SHIPBUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY      11937

**INVOICE**  *1808*        10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| 8.3.2011 | | | |
| tie up boat | | | |
| remove jet ski and move and tie up jet ski | | | |
| haul boat - charged only direct labor | | | |
| power wash bottom | | | |
| shift slings and clean under slings | | | |
|     total LABOR hours for this day | 1 | 65.00 | 65.00 |
| | | | |
| 8.4.2011 | | | |
| grind small rusted areas; prime with Devoe 302 green primer | | | |
| apply two coats 235 Bar Rust for tie coat | | | |
| cut in waterline | | | |
| paint bottom | | | |
| check and fill engine with lube oil | | | |
| try to find engine oil leak; remove and plug lube oil line | | | |
| launch boat | | | |
|     total LABOR hours for this day | 17.5 | 65.00 | 1,137.50 |
| | | | |
| 8.5.2011 | | | |
| move and tie up boat; put jet ski on ramp | | | |
|     total LABOR hours for this day | 3 | 65.00 | 195.00 |
| | | | |
|     2011  MATERIALS (see attached sheet) | | 557.49 | 557.49 |
| Sales Tax | | 8.625% | 168.62 |

**Total Due (this invoice)**        **$2,123.61**

GREENPORT YACHT & SHIPBUILDING COMPANY, INC.
Materials list for boat   USS DEEP QUEST

| DATE | NUMBER | DESCRIPTION | QUANTITY SOLD | UM | PRICE | SUBTOTAL |
|------|--------|-------------|---------------|-----|-------|----------|
| 08.04.11 | 1XROLLER6 | 6.5 INCH LONG NAP MINI PAINT ROLLER | 2.00 | EA | 4.50 | 9.00 |
| | 1XTAPE001 | MASKING TAPE 1 INCH | 1.00 | EA | 8.45 | 8.45 |
| | 1XGOGGLES | SAFETY GOGGLES | 1.00 | EA | 4.90 | 4.90 |
| | 1XBRUSH04 | PAINT BRUSH 4 INCH | 2.00 | EA | 6.35 | 12.70 |
| | 1XPAIL000 | LARGE PAINT PAIL-85 ounce plastic | 2.00 | EA | 3.10 | 6.20 |
| | 1DEV00302 | DEVOE 302 CATHACOAT GREEN ZINC PRIMER | 1.00 | GL | 81.00 | 81.00 |
| | 1DEV235BK | DEVOE 235 BAR RUST BLACK | 1.00 | GL | 53.00 | 53.00 |
| | 1GCAM2030 | ENGINE LUBE OIL - HEAVY DUTY 30 WT. | 4.00 | QT | 4.90 | 19.60 |
| | 1INT00779 | INTERNATIONAL 779 BLACK ANTIFOULING | 2.25 | GL | 153.35 | 345.04 |
| | SHIPYARD | CUP WIRE WHEEL FOR GRINDER | 1.00 | EA | 17.60 | 17.60 |

TOTAL MATERIALS   $ 557.49

**GREENPORT YACHT & SHIPBUILDING CO., INC.**
P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST      41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY      11937

**INVOICE**  *1807*      10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| 6.21.2010 | | | |
| haul boat - charged only direct labor; no 'haul charge' | | | |
| power wash bottom | | | |
| shift slings and power wash under slings | | | |
| total LABOR hours for this day | 7 | 65.00 | 455.00 |
| | | | |
| 6.22.2010 | | | |
| move inside building and sidetrack boat | | | |
| total LABOR hours for this day | 4.5 | 65.00 | 292.50 |
| | | | |
| 6.24.2010 | | | |
| cut off jet ski ramp and move and place on blocks | | | |
| total LABOR hours for this day | 3 | 65.00 | 195.00 |
| | | | |
| 6.25.2010 | | | |
| go over jobs with owner | | | |
| grind areas on stern where ramp attaches | | | |
| mark areas to be cut on jet ski ramp | | | |
| total LABOR hours for this day | 2 | 65.00 | 130.00 |
| | | | |
| 6.28.2010 | | | |
| cut off frame from jet ski ramp | | | |
| clean and grind edges where new steel to be attacned | | | |
| pick up new steel pieces from North Fork Welding | | | |
| paint bare steel with Devoe 302 green zinc primer | | | |
| total LABOR hours for this day | 8 | 65.00 | 520.00 |
| | | | |
| 6.29.2010 | | | |
| grind new steel and fit to jet ski ramp | | | |
| total LABOR hours for this day | 3 | 65.00 | 195.00 |
| | | | |
| 6.30.2010 | | | |
| drill and tap steel for new zerc fittings | | | |
| pick up and install zercs | | | |
| fit and weld all steel to stern of boat | | | |
| maintain fire watch on inside of boat | | | |
| total LABOR hours for this day | 7.5 | 65.00 | 487.50 |
| | | | |
| 7.1.2010 | | | |
| cut three doubler plates to weld to stern | | | |
| weld additional cracks in stern | | | |
| grind new steel plates and welds | | | |
| touch up new steel with Devoe 302 primer | | | |
| maintain fire watch | | | |
| total LABOR hours for this day | 16.5 | 65.00 | 1,072.50 |
| | | | |
| 7.2.2010 | | | |
| remove old steel doubler plate in stern | | | |
| weld on new plate | | | |
| finish welding cracks in stern | | | |
| continue fire watch | | | |
| touch up new steel and welds | | | |

**GREENPORT YACHT & SHIPBUILDING CO., INC.**
P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY        11937

**INVOICE**  *1807*        10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| total LABOR hours for this day | 8.5 | 65.00 | 552.50 |
| **7.6.2010** | | | |
| weld on new jet ski ramp attachment pieces | | | |
| clean steel and welds | | | |
| paint two coats Devoe 302 and two coats BarRust 235 black | | | |
| clean bare steel at places on bottom and paint as above | | | |
| pull propeller shaft back and remove dripless shaft seal | | | |
| total LABOR hours for this day | 15.5 | 65.00 | 1,007.50 |
| **7.7.2010** | | | |
| make repairs to hand rail | | | |
| drill and tap rear engine mounts and rebolt mounts | | | |
| work with owner to install new shaft seal parts | | | |
| total LABOR hours for this day | 12 | 65.00 | 780.00 |
| **7.8.2010** | | | |
| cut in waterline | | | |
| paint bottom | | | |
| remove and replace hull zinc anodes | | | |
| pick up tools from engine room | | | |
| total LABOR hours for this day | 6 | 65.00 | 390.00 |
| **7.9.2010** | | | |
| finish painting bottom | | | |
| install last of zinc anodes | | | |
| realign main engine | | | |
| remove engine coupling | | | |
| total LABOR hours for this day | 8 | 65.00 | 520.00 |
| **7.12.2010** | | | |
| fit and reinstall shaft coupling | | | |
| free up and lubricate forward engine mounts | | | |
| finish realignment of engine | | | |
| finish adjustment of dripless prop shaft seal | | | |
| move boat to travelift ramp | | | |
| pick up blocks and jack stands | | | |
| total LABOR hours for this day | 15.5 | 65.00 | 1,007.50 |
| **7.13.2010** | | | |
| lift boat and touch up antifouling paint under blocks | | | |
| launch boat | | | |
| move and tie up boat | | | |
| look for hull leaks - none found | | | |
| total LABOR hours for this day | 7 | 65.00 | 455.00 |
| 2010  MATERIALS (see attached sheet) | | 2,055.33 | 2,055.33 |
| Sales Tax | | 8.625% | 872.45 |

**Total Due (this invoice)** **$10,987.78**

GREENPORT YACHT & SHIPBUILDING COMPANY, INC.
Materials list for boat   USS DEEP QUEST

| DATE | NUMBER | DESCRIPTION | QUANTITY SOLD | UM | PRICE | SUBTOTAL |
|------|--------|-------------|---------------|----|-------|----------|
| 06.25.10 | 90DISCS08 | 4 1/2" X 1/4 (7/8) GRINDING DISC | 1.00 | EA | 5.20 | 5.20 |
| 06.28.10 | 90DISCS03 | 4 1/2" X 3/32 X (7/8) GRINDING DISC | 4.00 | EA | 5.20 | 20.80 |
|  | 1XPAIL001 | SMALL PAINT PAIL-32 ounce plastic | 1.00 | EA | 0.95 | 0.95 |
|  | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 1.00 | EA | 3.60 | 3.60 |
|  | 1DEV00302 | DEVOE 302 CATHACOAT GREEN ZINC PRIMER | 1.00 | GL | 81.00 | 81.00 |
|  | NO FORK WELD | ST STEEL BAR 1-3/4" X 65" | 1.00 | EA | 168.60 | 168.60 |
|  | NO FORK WELD | 2" ST STEEL SCHED 80 PIPE X 10" | 2.00 | EA | 41.00 | 82.00 |
|  | NO FORK WELD | 2" SCHED 80 ST STEEL PIPE X 5" | 2.00 | EA | 25.98 | 51.96 |
|  | NO FORK WELD | 1/4-28 STRAIGHT ST STEEL ZERC | 6.00 | EA | 2.78 | 16.68 |
| 06.29.10 | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 1.00 | EA | 3.60 | 3.60 |
|  | SHIPYARD | 5/16 ST STEEL FLAT WASHER | 4.00 | EA | 0.25 | 1.00 |
|  | SHIPYARD | 1.5" #14 ST STEEL SCREWS | 4.00 | EA | 0.74 | 2.96 |
| 06.30.10 | Whites | 1/4-28 MACHINE TAP | 2.00 | EA | 4.83 | 9.66 |
|  | Whites | WIRE BRUSH | 1.00 | EA | 4.06 | 4.06 |
| 07.01.10 | NO FORK WELD | 1.25" ST STEEL FLAT WASHERS | 4.00 | EA | 3.00 | 12.00 |
|  | NO FORK WELD | 3/8" X 1.5" GRADE 8 BOLTS | 3.00 | EA | 0.35 | 1.05 |
|  | NO FORK WELD | 7/16" X 1.5" GRADE 8 BOLTS | 6.00 | EA | 0.43 | 2.58 |
| 07.06.10 | 90DISCS03 | 4 1/2" X 3/32 X (7/8) GRINDING DISC | 2.00 | EA | 5.20 | 10.40 |
|  | 1XPAIL000 | LARGE PAINT PAIL-85 ounce plastic | 4.00 | EA | 3.10 | 12.40 |
|  | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 1.00 | PR | 0.88 | 0.88 |
|  | 1DEV235BK | DEVOE 235 BAR RUST BLACK | 1.00 | GL | 51.00 | 51.00 |
|  | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 3.00 | EA | 3.60 | 10.80 |
|  | SHIPYARD | 5/8" STEEL SQUARE KEY STOCK | 2.00 | FT | 6.40 | 12.80 |
|  | SHIPYARD | SPOOL 7018 STEEL WELD WIRE | 1.00 | EA | 34.00 | 34.00 |
| 07.07.10 | PYI INC | PSS 1.5" X 2.25"MAINT KIT | 1.00 | EA | 105.00 | 105.00 |
|  | PYI INC | PSS HS CARBON 1.5" | 1.00 | EA | 151.20 | 151.20 |
|  | PYI INC | RED LABEL FREIGHT @ COST | 1.00 | EA | 60.00 | 60.00 |
|  | 1GASK0242 | LOCTITE 242 THREADLOCKER | 1.00 | EA | 9.10 | 9.10 |
| 07.08.10 | 1XLINER00 | PLASTIC PAINT TRAY LINER | 2.00 | EA | 1.80 | 3.60 |
|  | 1XROLLER6 | 6.5 INCH LONG NAP MINI PAINT ROLLER | 2.00 | EA | 4.50 | 9.00 |
|  | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 2.00 | PR | 0.88 | 1.76 |
|  | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 1.00 | EA | 3.60 | 3.60 |
|  | 1XTAPE001 | MASKING TAPE 1 INCH | 1.00 | EA | 8.45 | 8.45 |
|  | 1INT00779 | INTERNATIONAL 779 BLACK ANTIFOULING | 2.50 | GL | 165.90 | 414.75 |
|  | 6SRB00010 | STEEL HR ROUND BAR 5/8 | 11.00 | FT | 0.87 | 9.57 |
|  | 9ZINRU005 | ZINC RUDDER 5" (R4) | 2.00 | EA | 30.45 | 60.90 |
|  | 9ZINWLD00 | ZINC LARGE bolt-on 6" x 12" | 1.00 | EA | 65.00 | 65.00 |
| 07.09.10 | 1XROLLER6 | 6.5 INCH LONG NAP MINI PAINT ROLLER | 1.00 | EA | 4.50 | 4.50 |
|  | 9ZINW6000 | ZINC SMALL bolt-on 3" x 12" | 16.00 | EA | 33.00 | 528.00 |
|  | 1GUMOUT00 | SPRAY CARBURETOR CLEANER | 1.00 | EA | 8.40 | 8.40 |
|  | 1GASKET02 | FORM-A-GASKET 2 - 3 OZ. | 1.00 | EA | 4.65 | 4.65 |
| 07.12.10 | 2SLW00007 | STEEL LOCK WASHER 7/16 | 4.00 | EA | 0.06 | 0.24 |
|  | 2SFW00012 | STEEL FLAT WASHER 3/4 | 1.00 | EA | 0.45 | 0.45 |
| 07.13.10 | 1XROLLER6 | 6.5 INCH LONG NAP MINI PAINT ROLLER | 1.00 | EA | 4.50 | 4.50 |
|  | 1XLINER00 | PLASTIC PAINT TRAY LINER | 1.00 | EA | 1.80 | 1.80 |
|  | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 1.00 | PR | 0.88 | 0.88 |

TOTAL MATERIALS   $ 2055.33

# GREENPORT YACHT & SHIPBUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY      11937

**INVOICE** *1806*        10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| NOTE:  all labor is invoiced at yard labor rate of $65/hour | | | |
| | | | |
| **7.11.2008** | | | |
| haul boat with travelift | | | |
|    note:  not charged "haul charge"; only direct labor is invoiced | | | |
| power wash hull with fresh water | | | |
| move boat inside building for jet blasting, welding, and painting | | | |
|    total LABOR hours for this day | 7.5 | 65.00 | 487.50 |
| | | | |
| **7.14.2008** | | | |
| remove float and boards from jet ski ramp | | | |
| remove jet ski ramp for jet blasting hull | | | |
| remove all zinc anodes on hull | | | |
|    total LABOR hours for this day | 10.5 | 65.00 | 682.50 |
| | | | |
| **7.15.08** | | | |
| grind off studs and straps from old zincs | | | |
| grind steel and welds smoothe | | | |
|    total LABOR hours for this day | 2.5 | 65.00 | 162.50 |
| | | | |
| **7.16.2008** | | | |
| remove all pieces of wood to be replaced from fins on hull sides | | | |
| move wood and jet ski ramp from building to be power washed outside | | | |
| power wash jet ski float and wood planks | | | |
| cut, grind, and drill steel plates for jet ski ramp; grind welds | | | |
|    total LABOR hours for this day | 10.5 | 65.00 | 682.50 |
| | | | |
| **7.17.2008** | | | |
| run hoses and electric power cord and prepare to jet blast hull | | | |
| jet blast @ $200.00/hr + labor | 5 | 200.00 | 1,000.00 |
| rinse off jet blasted area with fresh water | | | |
| dry hull where jet blasted | | | |
| spray one coat Devoe 302 cathacote green zinc primer where blasted | | | |
| spray paint @ $50.00/hr + labor | 1.5 | 50.00 | 75.00 |
| clean spray equipment | | | |
| sweep floor clean under boat | | | |
|    NOTE:  jet blast is 'ultra high pressure water" at 36,000 PSI water pressure | | | |
|    total LABOR hours for this day | 18 | 65.00 | 1,170.00 |
| | | | |
| **7.21.2008** | | | |
| remove additional hardware before jet blasting | | | |
| cover windshield | | | |
| jet blast @ $200.00/hr + labor | 6 | 200.00 | 1,200.00 |
| rinse off boat; clean area; dry off surface | | | |
| spray Devoe 302 green where jet blasted | | | |
| spray paint @ $50.00/hr + labor | 1 | 50.00 | 50.00 |
| clean spray equipment | | | |
|    total LABOR hours for this day | 21 | 65.00 | 1,365.00 |
| | | | |
| **7.22.2008** | | | |
| jet blast @ $200.00/hr + labor | 7.5 | 200.00 | 1,500.00 |
| rinse boat; mask off area; dry area to be painted | | | |



Page 1

# GREENPORT YACHT & SHIPBUILDING CO., INC.
P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST    41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY    11937

**INVOICE**  *1806*    10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| paint with Devoe 302 green primer | | | |
| spray paint @ $50.00/hr + labor | 1.5 | 50.00 | 75.00 |
| clean equipment | | | |
| clean paint chips from floor | | | |
| total LABOR hours for this day | 22 | 65.00 | 1,430.00 |
| | | | |
| 7.23.2008 | | | |
| jet blast @ $200.00/hr + labor | 7 | 200.00 | 1,400.00 |
| clean and dry jet blasted areas | | | |
| spray paint with Devoe 302 green zinc primer | | | |
| spray paint @ $50.00/hr + labor | 1.5 | 50.00 | 75.00 |
| clean spray paint equipment; clean paint chips from floor | | | |
| total LABOR hours for this day | 22.5 | 65.00 | 1,462.50 |
| | | | |
| 7.24.2008 | | | |
| set up hoses and control cables to jet blast | | | |
| jet blast @ $200.00/hr + labor | 5 | 200.00 | 1,000.00 |
| clean and dry jet blasted hull | | | |
| spray paint with Devoe 302 | | | |
| spray paint @ $50.00/hr + labor | 1.5 | 50.00 | 75.00 |
| clean spray equipment | | | |
| clear floor of water and chips | | | |
| total LABOR hours for this day | 22 | 65.00 | 1,430.00 |
| | | | |
| 7.25.2008 | | | |
| set up and finish jet blasting | | | |
| lift boat to be able to jet blast under blocking | | | |
| jet blast @ $200.00/hr + labor | 3 | 200.00 | 600.00 |
| clean and dry hull | | | |
| spray paint hull after drying | | | |
| spray paint @ $50.00/hr + labor | 1 | 50.00 | 50.00 |
| clean spray equipment | | | |
| set boat back down on blocks | | | |
| total LABOR hours for this day | 14.5 | 65.00 | 942.50 |
| | | | |
| 7.28.2008 | | | |
| mark holes in steel hull to be welded | | | |
| reinstall jet ski ramp to be welded | | | |
| remove boat's propeller for access to areas to be welded | | | |
| prime paint areas above waterline with Devoe 235 BarRust buff | | | |
| total LABOR hours for this day | 8.5 | 65.00 | 552.50 |
| | | | |
| 7.29.2008 | | | |
| set up air line and water line for contract welder (North Fork Welding) | | | |
| set up blowers | | | |
| set up and maintain fire watch inside boat during welding | | | |
| cut off swim ladders; make and fit new steel ladder pieces | | | |
| cut and drill new steel and fit to boat for welding | | | |
| fair in areas above waterline as requested by owner with West System epoxy cement | | | |
| total LABOR hours for this day | 22 | 65.00 | 1,430.00 |

7.30.2008



Page 2

Case 1:15-cv-05861-LAP   Document 51-13   Filed 08/29/21   Page 13 of 21

# GREENPORT YACHTS & SHIPBUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST        41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY        11937

**INVOICE** *1806*        10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| make pipe insert for swim ladder to weld ladder together | | | |
| remove broken through hull fitting | | | |
| continue filling and fairing pin holes in upper section of hull behind hatch | | | |
| continue full day of fire watch | | | |
| assist welder from North Fork Welding as needed | | | |
| clean rust from conning tower hand rails | | | |
| fill rails with spray foam | | | |
|       total LABOR hours for this day | 24 | 65.00 | 1,560.00 |
| | | | |
| 7.31.2008 | | | |
| install new through-hull fitting | | | |
| clean all port lights | | | |
| mask port lights, aft door, forward hatch, electrical fittings, and elec outlets | | | |
| continue filling and fairing holes in upper deck with epoxy filler | | | |
| continue fire watch | | | |
| sand and spotprime areas filled with epoxy in previous days | | | |
|       total LABOR hours for this day | 30.5 | 65.00 | 1,982.50 |
| | | | |
| 8.1.2008 | | | |
| continue filling and fairing in holes in steel above waterline | | | |
| sand epoxy filler previously applied | | | |
| touch up primer with Devoe 302 zinc | | | |
| finish masking off boat for spray painting | | | |
| continue internal fire watch for North Fork Welding repairs to hull | | | |
|     below waterline | | | |
| paint with Devoe BarRust 235 buff over Devoe 302 zinc | | | |
|       total LABOR hours for this day | 23 | 65.00 | 1,495.00 |
| | | | |
| 8.4.2008 | | | |
| Remove jet ski ramp/float | | | |
| fill pin holes in jet ski and 'fin' areas of boat | | | |
| make two steel steps for port side midships | | | |
| install ladder to be welded to hull | | | |
| continue internal fire watch | | | |
| continue priming and painting repaired areas | | | |
|       total LABOR hours for this day | 26 | 65.00 | 1,690.00 |
| | | | |
| 8.5.2008 | | | |
| scrape and remove flag from both sides of 'fin' | | | |
| remove glue and machine sand tail 'fin' | | | |
| sand hand rails | | | |
| grind new welds and new steel plate welded to hull | | | |
| prime welds and new steel with Devoe 302 green zinc primer | | | |
| continue fire watch diring welding of hull | | | |
| start cleaning hull exterior for painting | | | |
|       total LABOR hours for this day | 29 | 65.00 | 1,885.00 |
| | | | |
| 8.6.2008 | | | |
| make template, cut, and fit new rubber bumper to be installed in bow of boat | | | |
| start cleaning up work area around boat | | | |
| remove water from floor under boat | | | |
| continue internal fire watch with North Fork Welding | | | |

# GREENPORT YACHT & SHIP BUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277   fax 2278

yacht  USS DEEP QUEST      41'

Mr. John Re
16 B  Wireless Road
East Hampton, NY      11937

**INVOICE**  *1806*      10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| set up fans to dry hull and floor under hull | | | |
| grind welds and new steel plate and paint with Devoe 302 zinc | | | |
| total LABOR hours for this day | 21.5 | 65.00 | 1,397.50 |
| | | | |
| **8.7.2008** | | | |
| continue fire watch | | | |
| finish drilling rubber bumper | | | |
| supply and drill stainless steel strip to fit inside rubber bumper | | | |
| cut zinc anode plates for struts below waterline | | | |
| total LABOR hours for this day | 15 | 65.00 | 975.00 |
| | | | |
| **8.8.2008** | | | |
| remove freezer from boat | | | |
| try to install new freezer supplied by owner; new freezer would not fit | | | |
| move new freezer from boat and place back in shipping crate | | | |
| fit jet ski ramp flotation tank; drill and install mount holes for flotation tank | | | |
| paint primer on flotation tank | | | |
| drill rudder for two new zincs | | | |
| remove and clean and reinstall engine sea chest screen | | | |
| power wire wheel new welds and paint welds and steel | | | |
| total LABOR hours for this day | 18.5 | 65.00 | 1,202.50 |
| | | | |
| **8.11.2008** | | | |
| wash and clean entire boat | | | |
| dry off boat with fans | | | |
| hang up jet ski ramp parts for painting | | | |
| dry up floor under boat | | | |
| prepare to spray paint boat | | | |
| paint one full coat Devoe 235 BarRust buff over all | | | |
| spray paint second coat 235 haze gray over entire bottom | 5 | 50.00 | 250.00 |
| spray paint @ $50.00/hr + labor | | | |
| total LABOR hours for this day | 27 | 65.00 | 1,755.00 |
| | | | |
| **8.12.2008** | | | |
| brush and roll second coat BarRust on all areas above waterline | | | |
| cut in waterline and spray antifouling paint on bottom | | | |
| spray paint @ $50.00/hr + labor | 3.5 | 50.00 | 175.00 |
| clean spray equipment | | | |
| total LABOR hours for this day | 23.5 | 65.00 | 1,527.50 |
| | | | |
| **8.13.2008** | | | |
| tape off bottom of waterline | | | |
| cut in black hull sides by hand | | | |
| spray paint Devoe 229 black on all surfaces above waterline | | | |
| spray paint second antifouling paint on bottom paint | | | |
| spray paint @ $50.00/hr + labor | 4 | 50.00 | 200.00 |
| install all new zinc anodes | | | |
| reinstall sea strainer and ballast tank removed for painting | | | |
| fit and reinstall propeller | | | |
| total LABOR hours for this day | 38.5 | 65.00 | 2,502.50 |
| | | | |
| **8.14.2008** | | | |

Case 1:15-cv-05861-LAP   Document 17-15   Filed 07/16/15   Page 15 of 21

# GREENPORT YACHT & SHIPBUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277  fax 2278

yacht  USS DEEP QUEST      41'

Mr. John Re
16 B Wireless Road
East Hampton, NY      11937

**INVOICE**  *1806*      10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| inspect boat and touch up paint as needed | | | |
| reinstall new bow bumper (removed for painting) | | | |
| remove tape from spray painting yesterday | | | |
| tape off areas to be painted with non-skid paint on sides above waterline | | | |
| make new shims and reinstall jet ski ramp in stern of boat | | | |
| replace drain tube port side | | | |
| total LABOR hours for this day | 33.5 | 65.00 | 2,177.50 |
| | | | |
| 8.15.2008 | | | |
| remove winch on jet ski ramp | | | |
| pick up aluminum flat bar at North Fork Welding | | | |
| drill and fit aluminum flat bar to reinstall winch correctly | | | |
| relocate forward hatch rams/risers | | | |
| go over all work with owner; retape non-skid areas as requested | | | |
| touch up paint on conning tower | | | |
| pick up non-skid paint and apply paint to all black and to all gray areas | | | |
| total LABOR hours for this day | 35 | 65.00 | 2,275.00 |
| | | | |
| 8.16.2008  (Saturday-invoiced straight time) | | | |
| blow off non skid areas with compressed air | | | |
| continue painting areas as needed | | | |
| total LABOR hours for this day | 9 | 65.00 | 585.00 |
| | | | |
| 8.18.2008 | | | |
| make mount bracket for search light; install search light | | | |
| install air horn | | | |
| install aluminum plate and install winch on jet ski ramp | | | |
| cut and install safety chains at jet ski ramp | | | |
| touch up Devoe 229 black paint in bow and under main hatch | | | |
| cut in BarRust buff paint around inside of main hatch | | | |
| reinstall 'gun' on bow of boat | | | |
| clean all windows again | | | |
| lift boat; move and launch boat | | | |
| check inside hull for leaks | | | |
| rehaul boat | | | |
| total LABOR hours for this day | 37.5 | 65.00 | 2,437.50 |
| | | | |
| 8.19.2008 | | | |
| move back into building and block boat off concrete floor | | | |
| drill holes in steel; run wires; seal holes at wires; wire search light | | | |
| pick up tools, electric wires, jet blast hoses and wires, and clean area | | | |
| finish touch up of all non-skid areas | | | |
| locate and mark holes in hull; assist welder in plating over holes in hull | | | |
| total LABOR hours for this day | 23.5 | 65.00 | 1,527.50 |
| | | | |
| 8.20.2008 | | | |
| clean new welds with power wire wheel | | | |
| touch up welds with Devoe 302 zinc, then 235 BarRust, and then International | | | |
| 779  antifouling paint | | | |
| total LABOR hours for this day | 5.5 | 65.00 | 357.50 |

8.21.2008

Case 1:15-cv-05861-LAP   Document 58-11   Filed 07/11/17   Page 6

# GREENPORT YACHT & SHIPBUILDING CO., INC.

P. O. BOX 750
GREENPORT, NY 11944-0750
ph 631.477.2277  fax 2278

yacht  USS DEEP QUEST      41'

Mr. John Re
16 B Wireless Road
East Hampton, NY      11937

**INVOICE** *1806*      10/01/2014

| DESCRIPTION | hours or feet LOA | cost | subTOTAL |
|---|---|---|---|
| lift, move, and launch boat | | | |
| look for leaks and mark leaks | | | |
| rehaul and move into building and sidetrack | | | |
|     total LABOR hours for this day | 13.5 | 65.00 | 877.50 |
| **8.22.2008** | | | |
| remove foam from inside hull to locate leaks and to remove fire hazard | | | |
| assist welder in repairs to hull | | | |
| conduct fire watch inside boat while welding is done outside | | | |
|     total LABOR hours for this day | 18 | 65.00 | 1,170.00 |
| **8.25.2008** | | | |
| pick up boat; move and launch and tie up boat | | | |
| re-haul again; locate old wasted weld on previously welded areas | | | |
| grind welds and areas in hull to be welded | | | |
| touch up paint at several places on non-skid surfaces | | | |
|     total LABOR hours for this day | 22.5 | 65.00 | 1,462.50 |
| **8.26.2008** | | | |
| conduct fire watch inside boat | | | |
| assist welder as needed | | | |
| clean new welds and touch up three coats of paint | | | |
| touch up non-skid Devoe 229 dusk gray | | | |
| touch up aluminum paint on deck | | | |
|     total LABOR hours for this day | 26.5 | 65.00 | 1,722.50 |
| **8.27.2008** | | | |
| continue welding by North Fork Welding | | | |
| continue fire watch | | | |
| clean and grind and touch up paint at welds | | | |
|     total LABOR hours for this day | 19 | 65.00 | 1,235.00 |
| **8.28.2008** | | | |
| remove paint and clean up areas for re-welding | | | |
|     total LABOR hours for this day | 1 | 65.00 | 65.00 |
| **8.29.2008** | | | |
| finish welding and touch up of paint where welded | | | |
| continue fire watch | | | |
| lift, move, and launch boat; tie up boat | | | |
| troubleshoot shore power and battery charger problem | | | |
| move and launch jet ski | | | |
|     total LABOR hours for this day | 19.5 | 65.00 | 1,267.50 |
| **9.3.2008** | | | |
| locate two more leaks; rehaul; weld; touch up paint; | | | |
|   launch and tie up - NOT CHARGED | | | |
|     2008  MATERIALS (see attached sheets) | | 14,488.59 | 14,488.59 |
| Sales Tax | | 8.625% | 5,963.63 |

*Previous Payments $ 19,500⁰⁰*

**Total Due (this invoice)  $75,107.22**

Page 6

*This Invoice Balance Due $55,607²²*

GREENPORT YACHT & SHIPBUILDING COMPANY, INC.
Materials list for boat   USS DEEP QUEST

| DATE | NUMBER | DESCRIPTION | QUANTITY SOLD | UM | PRICE | SUBTOTAL |
|------|--------|-------------|---------------|----|-------|----------|
| 07.14.08 | 9QDISCS03 | 4 1/2" X 3/32 X (7/8) GRINDING DISC | 2.00 | EA | 5.20 | 10.40 |
| | 9QDISCS08 | 4 1/2" X 1/4 (7/8) GRINDING DISC | 1.00 | EA | 5.20 | 5.20 |
| 07.16.08 | Whites | 1/2" X 1.5" ST STEEL BOLTS | 20.00 | EA | 1.33 | 26.60 |
| | Whites | 1/2" NYLON LOCK NUTS | 20.00 | EA | 1.05 | 21.00 |
| | 6SFB00440 | STEEL HR FLAT BAR 1/4 X 4 | 2.00 | FT | 3.60 | 7.20 |
| | 9QDISCS03 | 4 1/2" X 3/32 X (7/8) GRINDING DISC | 3.00 | EA | 5.20 | 15.60 |
| 07.17.08 | 1DEV00302 | DEVOE 302 CATHACOAT GREEN ZINC PRIMER | 6.00 | GL | 77.35 | 464.10 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 5.00 | PR | 0.82 | 4.10 |
| | 1XMASKSOX | SPRAY SOCK | 1.00 | EA | 2.65 | 2.65 |
| | 1XCOVER01 | EXTRA LARGE COVERALLS | 1.00 | EA | 12.65 | 12.65 |
| | 1XMASK003 | 3M 6979 DUST MASK WITH EXHAUST VALVE | 1.00 | EA | 13.70 | 13.70 |
| | 1DEV00T10 | DEVOE T-10 THINNER | 5.00 | GL | 18.90 | 94.50 |
| | 1XPAIL000 | LARGE PAINT PAIL-85 ounce plastic | 2.00 | EA | 3.10 | 6.20 |
| | 1XBRUSH00 | PAINT BRUSH 1 1/2 INCH | 2.00 | EA | 0.85 | 1.70 |
| | 1XTAPE001 | MASKING TAPE 1 INCH | 1.00 | EA | 8.05 | 8.05 |
| | 1XRAG0000 | WHIPING CLOTH | 2.00 | LB | 6.62 | 13.24 |
| 07.21.08 | Whites | ROLL DUCT TAPE | 1.00 | EA | 8.64 | 8.64 |
| | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 1.00 | EA | 3.00 | 3.00 |
| 07.22.08 | 1XCOVER01 | EXTRA LARGE COVERALLS | 1.00 | EA | 12.65 | 12.65 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 4.00 | PR | 0.82 | 3.28 |
| | 1XMASKSOX | SPRAY SOCK | 1.00 | EA | 2.65 | 2.65 |
| | 1DEV00T10 | DEVOE T-10 THINNER | 5.00 | GL | 18.90 | 94.50 |
| | 1XTAPE002 | MASKING TAPE 2 INCH | 1.00 | EA | 16.15 | 16.15 |
| 07.23.08 | 1XMASKSOX | SPRAY SOCK | 1.00 | EA | 2.65 | 2.65 |
| | 1XMASK003 | 3M 6979 DUST MASK WITH EXHAUST VALVE | 1.00 | EA | 13.70 | 13.70 |
| | 1DEV00302 | DEVOE 302 CATHACOAT GREEN ZINC PRIMER | 4.00 | GL | 77.35 | 309.40 |
| | 1XRAG0000 | WHIPING CLOTH | 2.00 | LB | 6.62 | 13.24 |
| 07.24.08 | Whites | 3/8" HOSE | 7.00 | FT | 0.76 | 5.32 |
| | 1XCOVER01 | EXTRA LARGE COVERALLS | 1.00 | EA | 12.65 | 12.65 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 4.00 | PR | 0.82 | 3.28 |
| | 1XSANHOOK | 5" SAND DISK PORTER-CABLE HOOK+LOOP | 2.00 | EA | 1.07 | 2.14 |
| 07.28.08 | MCMASTER-CAR | 316 ST STEEL 1/2"X1.5"RD HD BLT | 6.00 | EA | 6.16 | 36.96 |
| | MCMASTER-CAR | FREIGHT ON ABOVE @ COST | 1.00 | EA | 4.37 | 4.37 |
| | 1DEV235BF | DEVOE 235 BAR RUST BUFF | 0.50 | GL | 42.75 | 21.38 |
| | 1XBRUSH04 | PAINT BRUSH 4 INCH | 1.00 | EA | 5.95 | 5.95 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 1.00 | PR | 0.82 | 0.82 |
| | 9QDISCS03 | 4 1/2" X 3/32 X (7/8) GRINDING DISC | 2.00 | EA | 5.20 | 10.40 |
| 07.29.08 | Whites | PLASTIC SPREADER | 1.00 | EA | 3.62 | 3.62 |
| | Whites | SAWSALL SAW BLADES | 2.00 | EA | 3.95 | 7.90 |
| | Whites | WIRE WHEEL FOR ANGLE GRINDER | 1.00 | EA | 5.05 | 5.05 |
| | Whites | CAN SPRAY FOAM | 1.00 | EA | 7.32 | 7.32 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 2.00 | PR | 0.82 | 1.64 |
| | 1XPAIL001 | SMALL PAINT PAIL-32 ounce plastic | 1.00 | EA | 0.95 | 0.95 |
| | 6SRB00008 | STEEL HR ROUND BAR 1/2 | 1.50 | FT | 0.66 | 0.99 |
| | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 2.00 | EA | 3.00 | 6.00 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 3.00 | PR | 0.82 | 2.46 |
| | SHIPYARD | 3/16 X 1" ST STEEL COTTER PIN | 2.00 | EA | 0.40 | 0.80 |
| 07.30.08 | Whites | 1/2" STAINLESS STEEL HEX NUTS | 8.00 | EA | 0.47 | 3.76 |
| | Whites | 1/2" ST STEEL LOCK WASHERS | 5.00 | EA | 0.19 | 0.95 |
| | RIV BLDG SUP | 2002 EXPANDING FOAM SEALANT | 4.00 | EA | 11.87 | 47.48 |
| | LEWIS MARINE | F350B #1.125" BRONZE THRU HULL | 1.00 | EA | 42.15 | 42.15 |
| | 1XMASK003 | 3M 6979 DUST MASK WITH EXHAUST VALVE | 1.00 | EA | 13.70 | 13.70 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 6.00 | PR | 0.82 | 4.92 |
| | 1XPAIL001 | SMALL PAINT PAIL-32 ounce plastic | 1.00 | EA | 0.95 | 0.95 |
| | 1WEST0105 | WEST SYS EPOXY 105/206 MIXED RESIN | 0.16 | GL | 129.50 | 20.72 |
| | 1WESTS406 | WEST SYSTEM COLLOIDAL SILICA 406-7 | 1.00 | EA | 20.95 | 20.95 |
| | SHIPYARD | 1/2" ST STEEL FLAT WASHERS | 12.00 | EA | 0.37 | 4.44 |
| 07.31.08 | Whites | PENCIL TO MARK STEEL | 1.00 | EA | 1.54 | 1.54 |
| | SHIPYARD | 1.5" GAL SCHED 40 STEEL PIPE | 5.00 | FT | 11.24 | 56.20 |
| | 6SFB00420 | STEEL HR FLAT BAR 1/4 X 2 | 4.00 | FT | 1.65 | 6.60 |
| | 1XRAG0000 | WHIPING CLOTH | 0.50 | LB | 6.62 | 3.31 |
| | 1XPAIL001 | SMALL PAINT PAIL-32 ounce plastic | 2.00 | EA | 0.95 | 1.90 |
| | 1XSANHOOK | 5" SAND DISK PORTER-CABLE HOOK+LOOP | 16.00 | EA | 1.07 | 17.12 |
| | 1XTAPE001 | MASKING TAPE 1 INCH | 1.00 | EA | 8.05 | 8.05 |
| | 1XTAPE002 | MASKING TAPE 2 INCH | 1.00 | EA | 16.15 | 16.15 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 9.00 | PR | 0.82 | 7.38 |
| | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 2.00 | EA | 3.00 | 6.00 |
| | 1XPAIL000 | LARGE PAINT PAIL-85 ounce plastic | 1.00 | EA | 3.10 | 3.10 |
| | 1WESTS406 | WEST SYSTEM COLLOIDAL SILICA 406-7 | 3.00 | EA | 20.95 | 62.85 |
| | 1WEST0105 | WEST SYS EPOXY 105/206 MIXED RESIN | 0.85 | GL | 129.50 | 110.08 |
| 08.01.08 | 1XBRUSH02 | PAINT BRUSH 2 1/2 INCH | 2.00 | EA | 3.00 | 6.00 |
| | 1XGLOVE01 | DISPOSABLE RUBBER GLOVES(pair)nitrile | 3.00 | PR | 0.82 | 2.46 |
| | 1XTAPE002 | MASKING TAPE 2 INCH | 1.00 | EA | 16.15 | 16.15 |

```
          1WEST0105   WEST SYS EPOXY 105/206 MIXED RESIN          0.08 GL    129.50     10.36
          1XMASK003   3M 6979 DUST MASK WITH EXHAUST VALVE        1.00 EA     13.70     13.70
          1XSANHOOK   5" SAND DISK PORTER-CABLE HOOK+LOOP         6.00 EA      1.07      6.42
08.04.08  1DEV235BF   DEVOE 235 BAR RUST BUFF                     1.00 GL     42.75     42.75
          1XBRUSH02   PAINT BRUSH 2 1/2 INCH                      3.00 EA      3.00      9.00
          1XPAIL000   LARGE PAINT PAIL-85 ounce plastic           2.00 EA      3.10      6.20
          1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile        3.00 PR      0.82      2.46
          6SRB00010   STEEL HR ROUND BAR 5/8                      3.00 FT      0.87      2.61
08.05.08  1XRAG0000   WHIPING CLOTH                               0.25 LB      6.62      1.66
          1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER         3.00 EA      4.50     13.50
          1XPAIL000   LARGE PAINT PAIL-85 ounce plastic           1.00 EA      3.10      3.10
          1DEV229BK   DEVOE 229 ACRYLIC EPOXY BLACK               1.00 GL     42.75     42.75
          1XLINER00   PLASTIC PAINT TRAY LINER                    3.00 EA      1.70      5.10
          1XBRUSH02   PAINT BRUSH 2 1/2 INCH                      3.00 EA      3.00      9.00
          1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile        9.00 PR      0.82      7.38
          1INT00779   INTERNATIONAL 779 BLACK ANTIFOULING         0.25 GL    202.50     50.63
          1XMASK003   3M 6979 DUST MASK WITH EXHAUST VALVE        2.00 EA     13.70     27.40
          1XGOGGLES   PLASTIC SAFETY GOGGLES                      1.00 EA      4.45      4.45
          1XPAIL001   SMALL PAINT PAIL-32 ounce plastic           1.00 EA      0.95      0.95
          Whites      ADHESIVE REMOVER(TO REMOVE FLAG             1.00 EA      8.79      8.79
          Whites      10/24 X 5/8" RD HEAD MACH SCREW             3.00 EA      0.15      0.45
          Whites      10/24 LOCK NUTS                             3.00 EA      0.15      0.45
          Whites      1/2" CLEAR TUBE-A/C DRAIN                   6.00 FT      1.30      7.80
          Whites      FEMALE HOSE COUPLING                        1.00 EA      2.19      2.19
          1XSANHOOK   5" SAND DISK PORTER-CABLE HOOK+LOOP         5.00 EA      1.07      5.35
          1XSAN1556   3M 60 GRIT STIKIT DISC - 8 INCHES           4.00 EA      3.28     13.12
          1XSAN1549   3M 80 GRIT STIKIT DISC - 8 INCHES           4.00 EA      3.04     12.16
          SHIPYARD    1.125" ST STEEL PROP LOCK NUT               1.00 EA      6.22      6.22
          WHITES      ST STEEL FLAT WASHERS                       4.00 EA      0.36      1.44
          WHITES      ST STEEL BOLTS                              2.00 EA      0.66      1.32
          WHITES      ST STEEL HEX NUTS                           2.00 EA      0.25      0.50
          1XSAN0080   3M 80  SANDPAPER                            2.00 EA      1.15      2.30
08.06.08  1XROLLOFF   'ROLL-OFF' BOAT CLEANER                     1.00 QT     10.00     10.00
          1DEV00302   DEVOE 302 CATHACOAT GREEN ZINC PRIMER       1.00 GL     77.35     77.35
          1XBRUSH02   PAINT BRUSH 2 1/2 INCH                      1.00 EA      3.00      3.00
          SHIPYARD    3/8" NYLOC LOCK NUTS- ST STEEL              5.00 EA      1.40      7.00
          SHIPYARD    ST STEEL 3/8" FLAT WASHERS                  5.00 EA      0.19      0.95
          WHITES      ST STEEL BOLT                               1.00 EA      0.89      0.89
          WHITES      ST STEEL BOLT                               1.00 EA      0.70      0.70
          WHITES      1/2 X 1.5" ST STEEL BOLT                    5.00 EA      1.33      6.65
          WHITES      1/2" ST STEEL LOCK WASHER                   5.00 EA      0.28      1.40
          WHITES      ST STEEL LOCK NUTS - 1/2"                   5.00 EA      1.05      5.25
          WHITES      3/8 X 1.25" ST STEEL BOLTS                  5.00 EA      0.89      4.45
          SHIPYARD    10" ST STEEL CLEAT - NOT CHARGED            1.00 EA      0.00      0.00
08.07.08  9ZINWLD00   ZINC LARGE bolt-on 6" x 12"                 1.00 ea     73.86     73.86
          WHITES      3/8 X 1.5" ST STEEL BOLTS                   5.00 EA      0.89      4.45
          WHITES      3/8 ST STEEL HEX NUTS                       4.00 EA      0.20      0.80
          WHITES      3/8 ST STEEL LOCK NUTS                      5.00 EA      0.41      2.05
08.08.08  9ZINRU005   ZINC RUDDER 5" (R4)                         2.00 EA     30.45     60.90
          9ZINW6000   ZINC SMALL bolt-on 3" x 12"                14.00 ea     39.48    552.72
          1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER         1.00 EA      4.50      4.50
          1XLINER00   PLASTIC PAINT TRAY LINER                    1.00 EA      1.70      1.70
          1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile        1.00 PR      0.82      0.82
          1XBRUSH02   PAINT BRUSH 2 1/2 INCH                      1.00 EA      3.00      3.00
          SHIPYARD    1/2" X 1" ST STEEL BOLTS                   32.00 EA      3.08     98.56
          SHIPYARD    1/2" NYLOC LOCK NUTS-ST STEEL             34.00 EA      2.50     85.00
          SHIPYARD    1/2" X 3/4" ST STEEL BOLTS                  4.00 EA      3.05     12.20
          WHITES      ST STEEL PAN HEAD SCREWS                    4.00 EA      0.13      0.52
08.11.08  1XSUPERSD   'SUPER SUDS' BOAT CLEANING SOAP             1.00 QT      9.40      9.40
          1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER         1.00 EA      4.50      4.50
          1XLINER00   PLASTIC PAINT TRAY LINER                    1.00 EA      1.70      1.70
          1DEV235BF   DEVOE 235 BAR RUST BUFF                    10.00 GL     42.75    427.50
          1XCOVER01   EXTRA LARGE COVERALLS                       2.00 EA     12.65     25.30
          1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile       11.00 PR      0.82      9.02
          1DEV00T10   DEVOE T-10 THINNER                          5.00 GL     18.90     94.50
          1XMASKSOX   SPRAY SOCK                                  2.00 EA      2.65      5.30
          1XRAG0000   WHIPING CLOTH                               2.00 LB      6.62     13.24
          1XPAIL000   LARGE PAINT PAIL-85 ounce plastic           1.00 EA      3.10      3.10
          1XBRUSH00   PAINT BRUSH 1 1/2 INCH                      1.00 EA      0.85      0.85
          1DEV235GH   DEVOE 235 BAR RUST HAZE GRAY                6.00 GL     42.75    256.50
          NO FORK WELD MAKE ALUM FLOAT TANK @ COST                1.00 EA    570.03    570.03
08.12.08  1XPAIL000   LARGE PAINT PAIL-85 ounce plastic           4.00 EA      3.10     12.40
          1XBRUSH02   PAINT BRUSH 2 1/2 INCH                      3.00 EA      3.00      9.00
          1XSANHOOK   5" SAND DISK PORTER-CABLE HOOK+LOOP         5.00 EA      1.07      5.35
          1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile       12.00 PR      0.82      9.84
          1XCOVER01   EXTRA LARGE COVERALLS                       1.00 EA     12.65     12.65
          1XMASKSOX   SPRAY SOCK                                  2.00 EA      2.65      5.30
          1DEV00T10   DEVOE T-10 THINNER                          5.00 GL     18.90     94.50
          1XRAG0000   WHIPING CLOTH                               2.00 LB      6.62     13.24
08.13.08  SHIPYARD    5/32 X 1.5" ST STEEL COTTER PIN             1.00 EA      0.30      0.30
```

```
           1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER    3.00 EA    4.50    13.50
           1XBRUSH02   PAINT BRUSH 2 1/2 INCH                 3.00 EA    3.00     9.00
           1XLINER00   PLASTIC PAINT TRAY LINER               2.00 EA    1.70     3.40
           1XTAPE001   MASKING TAPE 1 INCH                    1.00 EA    8.05     8.05
           1INT00779   INTERNATIONAL 779 BLACK ANTIFOULING    3.00 GL  202.50   607.50
           1XMASKSOX   SPRAY SOCK                             1.00 EA    2.65     2.65
           1XRAG0000   WHIPING CLOTH                          1.00 LB    6.62     6.62
           1DEV229BK   DEVOE 229 ACRYLIC EPOXY BLACK          4.00 GL   42.75   171.00
           1XCOVER01   EXTRA LARGE COVERALLS                  1.00 EA   12.65    12.65
           1XTAPE002   MASKING TAPE 2 INCH                    2.00 EA   16.15    32.30
           1DEV00T10   DEVOE T-10 THINNER                     4.50 GL   18.90    85.05
           1XBRUSH00   PAINT BRUSH 1 1/2 INCH                 2.00 EA    0.85     1.70
           1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile  9.00 PR    0.82     7.38
           1XPAIL001   SMALL PAINT PAIL-32 ounce plastic      1.00 EA    0.95     0.95
           Whites      1/2" ST STEEL FLAT WASHERS            12.00 EA    0.28     3.36
           Whites      ST STEEL LOCK WASHERS                  4.00 EA    0.19     0.76
           Whites      1/2" X 1" CAP SCREW                    4.00 EA    1.37     5.48
08.14.08   1XTAPE002   MASKING TAPE 2 INCH                    1.00 EA   16.15    16.15
           1XTAPE001   MASKING TAPE 1 INCH                    1.00 EA    8.05     8.05
           1XBRUSH02   PAINT BRUSH 2 1/2 INCH                 4.00 EA    3.00    12.00
           1XPAIL000   LARGE PAINT PAIL-85 ounce plastic      2.00 EA    3.10     6.20
           Whites      ST STEEL BOLTS                         4.00 EA    2.96    11.84
           Whites      ST STEEL HEX NUTS                      4.00 EA    0.20     0.80
           Whites      FLAT WASHERS                           8.00 EA    0.11     0.88
           Whites      5-MINUIT EPOXY TUBE                    1.00 EA    5.45     5.45
           Whites      SILACONE TUBE                          1.00 EA    7.65     7.65
           Whites      1/4" COMPRESSION SLEEVE                1.00 EA    2.15     2.15
           Whites      1/4" COMPRESSION UNION                 1.00 EA    3.18     3.18
           NO FORK WELD 7/8" ST STEEL HEX NUTS                4.00 EA    2.73    10.92
08.15.08   1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile  8.00 PR    0.82     6.56
           1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER    2.00 EA    4.50     9.00
           1XLINER00   PLASTIC PAINT TRAY LINER               2.00 EA    1.70     3.40
           1XBRUSH00   PAINT BRUSH 1 1/2 INCH                 1.00 EA    0.85     0.85
           1DEV229LG   DEVOE 229 ACRYLIC EPOXY LIGHT GRAY     1.00 EA   42.75    42.75
           LEWIS MARINE 1/2" ST STEEL LOCK NUT-NYLOC          1.00 EA    2.50     2.50
           LEWIS MARINE 3/8" ST STEEL LOCK NUTS-NYLOC        22.00 EA    1.40    30.80
           LEWIS MARINE F1PET #3720 PETTIT DARK GRAY          1.00 QT   45.80    45.80
           LIGHTHOUSE   5/16" ST STEEL ANCHOR CHAIN           2.00 EA   80.77   161.54
           LIGHTHOUSE   ABOVE CHAINS ARE @ COST !!!           1.00 EA    0.00     0.00
           Whites      1/2" X 1.5" ST STEEL CAP SCREW         3.00 EA    1.33     3.99
           Whites      1/2" LOCK NUT                          2.00 EA    0.94     1.88
           Whites      3/8" X 1.5" ST STEEL CAP SCREW         4.00 EA    0.89     3.56
           Whites      3/8" ST STEEL LOCK NUTS                4.00 EA    0.41     1.64
           Whites      1/2" ST STEEL FLAT WASHERS             3.00 EA    0.19     0.57
           Whites      TUBE 3M 5200 SEALANT                   1.00 EA   17.55    17.55
           Whites      BLACK SPRAY PAINT                      1.00 EA    6.15     6.15
           NO FORK WELD ALUMINUM FLAT BAR 1/2"X6"X53.5"       1.00 EA   67.49    67.49
           NO FORK WELD 1/4" X 12" NYLON TUBE                 1.00 EA    0.50     0.50
           NO FORK WELD BLACK BEAUTY ABRASIVE GRIT            1.00 GL   14.00    14.00
08.16.08   1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile  2.00 PR    0.82     1.64
           1XBRUSH00   PAINT BRUSH 1 1/2 INCH                 3.00 EA    0.85     2.55
           1XLINER00   PLASTIC PAINT TRAY LINER               2.00 EA    1.70     3.40
           1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER    2.00 EA    4.50     9.00
           1XBRUSH04   PAINT BRUSH 4 INCH                     1.00 EA    5.95     5.95
           1XPAIL000   LARGE PAINT PAIL-85 ounce plastic      2.00 EA    3.10     6.20
           1XPAIL001   SMALL PAINT PAIL-32 ounce plastic      1.00 EA    0.95     0.95
           1XTAPE001   MASKING TAPE 1 INCH                    1.00 EA    8.05     8.05
08.18.08   LEWIS MARINE F6043 #1204 5/16" SHORT SHACKLE       8.00 EA   21.35   170.80
           LEWIS MARINE F6044 #1214 5/16" LONG SHACKLE        4.00 EA   25.80   103.20
           LEWIS MARINE F424 #S718C 3/8" CABLE OUTLET         1.00 EA    9.40     9.40
           LEWIS MARINE F659 BRONZE SWIVEL EYE SNAP           6.00 EA   11.75    70.50
           LEWIS MARINE F6044 #1214 5/16" LONG SHACKLE        2.00 EA   25.80    51.60
           LEWIS MARINE F6043 #1204 SHORT SHACKLE 5/16"       4.00 EA   21.35    85.40
           1XBRUSH02   PAINT BRUSH 2 1/2 INCH                 1.00 EA    3.00     3.00
           1XLINER00   PLASTIC PAINT TRAY LINER               3.00 EA    1.70     5.10
           1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile  7.00 PR    0.82     5.74
           1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER    3.00 EA    4.50    13.50
           RIV BLDG SUP SILVER METALIC PAINT #64771501        2.25 GL   34.14    76.82
           Whites      NOXON METAL POLISH                     1.00 EA    6.59     6.59
           Whites      10-32 X 3/4" RD HEAD MACH SCREW        7.00 EA    0.17     1.19
           Whites      10-32 LOCK NUTS                        7.00 EA    0.15     1.05
           Whites      ST STEEL LOCK NUTS                     2.00 EA    0.47     0.94
           Whites      ST STEEL WASHERS                       4.00 EA    0.11     0.44
           Whites      5" ST STEEL BOLTS                      2.00 EA    1.74     3.48
           Whites      TUBE 5200 SEALANT                      1.00 EA   13.15    13.15
08.19.08   1DEV235BK   DEVOE 235 BAR RUST BLACK               0.50 GL   42.75    21.38
           1XBRUSH02   PAINT BRUSH 2 1/2 INCH                 3.00 EA    3.00     9.00
           1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile  2.00 PR    0.82     1.64
           1DEV229BK   DEVOE 229 ACRYLIC EPOXY BLACK          1.00 GL   42.75    42.75
           1XRAG0000   WHIPING CLOTH                          0.25 LB    6.62     1.66
```

```
            SHIPYARD    1/8" X 12" X 12" ALUMINUM PLATE         1.00 EA    2.75      2.75
            SHIPYARD    12/2 ELECTRICAL BOAT CABLE             24.00 FT    1.30     31.20
            Whites      8-32 FLAT HD MACHINE SCREW              3.00 EA    0.11      0.33
            Whites      #10 X 5/8" SELF TAP SCREWS              4.00 EA    0.12      0.48
            Whites      HEAT SHRINK TUBE                        1.00 EA    1.24      1.24
            Whites      HEAT SHRINK BUTT CONNECTORS             2.00 EA    1.91      3.82
08.20.08    1XBRUSH02   PAINT BRUSH 2 1/2 INCH                  1.00 EA    3.00      3.00
08.21.08    9RODST604   WELDING ROD STEEL 1/8 6011              2.00 LB    3.32      6.64
08.22.08    9QDISCS08   4 1/2" X 1/4 (7/8) GRINDING DISC        1.00 EA    5.20      5.20
            1XBRUSH02   PAINT BRUSH 2 1/2 INCH                  1.00 EA    3.00      3.00
            1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile   2.00 PR    0.82      1.64
08.25.08    1XBRUSH02   PAINT BRUSH 2 1/2 INCH                  2.00 EA    3.00      6.00
            1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile   1.00 PR    0.82      0.82
            1XPAIL001   SMALL PAINT PAIL-32 ounce plastic       1.00 EA    0.95      0.95
            1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER     1.00 EA    4.50      4.50
            1XLINER00   PLASTIC PAINT TRAY LINER                1.00 EA    1.70      1.70
            9RODST604   WELDING ROD STEEL 1/8 6011              5.00 LB    3.32     16.60
            1XGOGGLES   PLASTIC SAFETY GOGGLES                  1.00 EA    4.45      4.45
            1XMASK003   3M 6979 DUST MASK WITH EXHAUST VALVE    2.00 EA   13.70     27.40
08.26.08    1DEV229GH   DEVOE 229 ACRYLIC EPOXY HAZE GRAY       1.00 GL   42.75     42.75
            1DEV229BK   DEVOE 229 ACRYLIC EPOXY BLACK           1.00 GL   42.75     42.75
            9RODST604   WELDING ROD STEEL 1/8 6011              5.00 LB    3.32     16.60
            1XMASKSOX   SPRAY SOCK                              1.00 EA    2.65      2.65
            1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile   2.00 PR    0.82      1.64
            1XLINER00   PLASTIC PAINT TRAY LINER                1.00 EA    1.70      1.70
            1XROLLER6   6.5 INCH LONG NAP MINI PAINT ROLLER     2.00 EA    4.50      9.00
            Whites      WIRE BRUSH                              1.00 EA   11.87     11.87
08.27.08    9RODST604   WELDING ROD STEEL 1/8 6011              3.00 LB    3.32      9.96
            9QDISCS08   4 1/2" X 1/4 (7/8) GRINDING DISC        1.00 EA    5.20      5.20
            9QDISCS03   4 1/2" X 3/32 X (7/8) GRINDING DISC     1.00 EA    5.20      5.20
            1XMASK003   3M 6979 DUST MASK WITH EXHAUST VALVE    2.00 EA   13.70     27.40
            NO FORK WELD 1/8" 316 ST STEEL WELDING ROD          3.00 LB   10.00     30.00
08.29.08    1XBRUSH02   PAINT BRUSH 2 1/2 INCH                  1.00 EA    3.00      3.00
            1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile   1.00 PR    0.82      0.82
            9RODST604   WELDING ROD STEEL 1/8 6011              1.00 LB    3.32      3.32
09.03.08    9RODSS004   WELDING ROD STAINLESS STEEL 1/8         1.00 EA    2.10      2.10
            1XBRUSH02   PAINT BRUSH 2 1/2 INCH                  2.00 EA    3.00      6.00
            1XGLOVE01   DISPOSABLE RUBBER GLOVES(pair)nitrile   1.00 PR    0.82      0.82
09.05.08    NO FORK WELD WELDING LABOR+TRUCK+WELD MATERIALS    87.32 HR   80.00   6985.60
            NO FORK WELD    NOTE: THIS IS SHIPYARD OUT OF       0.00       0.00      0.00
            NO FORK WELD    POCKET COST; RATE CHARGED ON        0.00       0.00      0.00
            NO FORK WELD    INVOICE IS $100.00/HOUR             0.00       0.00      0.00
            NO FORK WELD 1/4" X 1.25" X 51" STEEL BAR           1.00 EA   27.19     27.19
            NO FORK WELD 3.5" STEEL RAILING DISKS              17.00 EA    3.60     61.20
            NO FORK WELD 4" STEEL RAILING DISKS                 3.00 EA    4.20     12.60
            NO FORK WELD 1/4"X2"X4' STEEL FLAT BAR              1.00 EA    8.98      8.98
            NO FORK WELD 1/4"X4.5"X10" STEEL FLAT BAR           1.00 EA    5.05      5.05
            NO FORK WELD 1/8"X8"X96" STEEL SHEET                1.00 EA   35.18     35.18
            NO FORK WELD 1/8"X9"X96" STEEL SHEET                1.00 EA   39.60     39.60
            NO FORK WELD 1/8"X24"X12" STEEL SHEET               1.00 EA   13.20     13.20
            NO FORK WELD 1/8"X15"X10" STEEL SHEET               1.00 EA    6.86      6.86


                                           TOTAL MATERIALS   $ 14488.59
```



U.S. POSTAGE PAID
GREENPORT, NY
11944
JUL 15 '15
AMOUNT
$8.11
0093650f-09

1000    10007

UNITED STATES POSTAL SERVICE

RECEIVED
JUL 16 2015
PRO SE OFFICE

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 1090 0000 3360 8618

RETURN RECEIPT
REQUESTED

Southern District of New York (PRO SE UNIT) Room 100

500 Pearl Street

New York, NY 10007

Room 100

STEPHEN L. CLARKE
GREENPORT YACHT & SHIP CO. INC
BOX 750
Greenport, NY 11944-0750